AUG. 12. 2005 2:28PM ABN AMRO. NO. 8344 P. 1/1

TO: CREDIT AMIN

# Armbrust International, Ltd.

Manufacturers of Jewelry Chain

August 3, 2005

Mr. Jeffrey Sarfaty
V.P. Diamond and Jewelry Group
ABN AMRO Bank
565 Fifth Avenue, 25th Floor
New York, NY 10017

Dear Mr. Sarfaty: Jeff

Our auditors, Syner, Cavallaro & Cabral, LLP, are conducting their annual examination of our financial statements at June 30, 2005. In connection therewith, please specifically confirm the following information related to the amount of our loans outstanding and consigned precious metals outstanding as of June 30, 2005:

| | | |
|---|---|---|
| Revolving line of credit | $1,715,745.00 | see next page |
| Term loan | $ 0 | |
| Gold consignment | 7,895.28 (A) | Fine troy ounces |
| Silver consignment | 270,612.24 (B) | Fine troy ounces |

Please sign and date your response, and mail it directly to Syner, Cavallaro & Cabral, LLP, 35 Sockanosset Crossroad, Cranston, RI 02920. A stamped, self-addressed envelope is enclosed for your convenience. Thank-you in advance for your prompt attention to this request.

Very truly yours,

Karen L. Kase
Financial Officer / Controller
Armbrust International, Ltd.

Consigned Metal Reconciliation:

| | Gold | Silver |
|---|---|---|
| | (A) 7,895.28 | (B) 270,612.24 |
| Perclient | (F12) 7,295.30 | (F13) 253,613.23 |
| Difference | 599.98 | 16,999.01 |
| Loan Purchases | (Nos) 350.10 | (Nos) 20,000.10 |
| Remaining Diff | 250 | 3,000 |
| | | (F1) x 7.16 mkt value |
| | | 21,480 to A-11 |

For ABN AMRO Bank:

Signature & Title: K Guarino KAREN GUARINO Vice President
Date: 8-16-05

735 ALLENS AVENUE — PROVIDENCE, RHODE ISLAND 02905 — TEL. (401) 781-3300 — FAX (401) 781-2590

7295.30 x 439.85 = 3,208,838
253,613.23 x 7.16 = 1,815,871

5,024,709 F/S = 3,208,838 + 1,815,871

**ABN·AMRO Bank**

540 West Madison Street, Suite 2621
Chicago, Illinois 60661
(312) 992-5110

Credit Administration

August 10, 2005

Syner, Cavallaro & Cabral, LLP.
Certified Public Accountants
35 Sockanosset Crossroad
Cranston, RI 02920

Dear Sirs:

In response to the audit confirmation for Armbrust International Ltd., the following information is as of close of business on June 30, 2005.

**Loans Outstanding:**

| Loan # | Balance | Date Due | Interest rate |
|---|---|---|---|
| L042609 | $1,215,745.00 | On Demand | 6.750% |
| L046488 | Gold 4,895.28 ounces | On Demand | — |
| L046492 | Silver 140,612.24 ounces | On Demand | — |
| L046817 | Silver 130,000.00 ounces | 09/07/05 | — |
| L046821 | Gold 3,000.00 ounces | 09/07/05 | — |
| L047043 | $500,000.00 | 09/01/05 | 5.8500% |

Date through which interest is paid is not available.
The following collateral covers the above loans: UCC Filings, Subordinated loans, Guarantees and Insurance.

Please contact Armelle Mathurin at (312) 992-5145 if you have any questions.

Sincerely,

Irene Joseph

Irene Joseph
Assistant Vice President

TB

**ABN·AMRO Bank**

ABN-AMRO - Confirmation 6/30/04

F-6 JES 8/17/0

540 West Madison Street, Suite 2621
Chicago, Illinois 60661
(312) 992-5110

Credit Administration

August 2, 2004

Syner, Cavallaro & Cabral, LLP.
Certified Public Accountants
35 Sockanosset Crossroad
Cranston, RI 02920

Copy of confirm filed in 3

Dear Sirs:

In response to the audit confirmation for Armbrust International Ltd., the following information is as of close of business on June 30, 2004.

**Loans Outstanding:**

| Loan # | Balance | | Date Due | Interest rate |
|---|---|---|---|---|
| L042609 | $1,815,745.00 | | On Demand | 4.750% |
| L043349 | Gold 5,125.28 | ounces | On Demand | --- |
| L046065 | Gold 3,000.00 | ounces | 09/07/04 | --- |
| L045197 | Silver 92,716.24 | ounces | On Demand | --- |
| L045815 | Silver 130,000.00 | ounces | 09/07/04 | --- |

Date through which interest is paid is not available.
The following collateral covers the above loans: UCC Filings, Subordinated loans, Guarantees and Insurance.

Please contact Armelle Mathurin at (312) 992-5145 if you have any questions.

Sincerely,

K Guarino

Karen Guarino
Vice President

Consigned Metal

| | Gold | Silver |
|---|---|---|
| Per Above | 8,125.28 | 222,716 |
| Purchased: 6/28 | <350.00> ✓ | — |
| 6/29 | <700.00> ✓ | <25,000> ✓ |
| 6/30 | <400.00> ✓ | — |
| | 6,675.28 | 197,716 |
| Per F-60 | 396.80 F-1 | 5.94 F-1 |
| | $2,642,075.82 | $1,178,387.34 |

1,815,745.00
<300,000.00> w/d did not clear bank until 7/1/04
1,515,745.00

3,820,443.18 F/S

✓ = Client accrued at 6/30/04 in Accrued expense see W/P O-1