# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARMBRUST INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V.,<br><br>Defendant. | CA 08 143<br><br>C.A. No. |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Armbrust International, Ltd. states that it is a closely held corporation and there is no publicly held corporation owning ten percent or more of its stock.

ARMBRUST INTERNATIONAL, LTD.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: April 17, 2008

980063_1/3119-5