**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ARMBRUST INTERNATIONAL, LTD., Plaintiff, | |
| v. | C.A. No. 08-143-ML-LDA |
| ABN AMRO BANK N.V., Defendant. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On April 18, 2008, Armbrust International, Ltd. ("Armbrust") filed its Complaint against ABN AMRO Bank N.V. ("ABN") seeking declaratory relief.

It is hereby stipulated and agreed that ABN shall answer or otherwise respond to the Complaint on or before June 16, 2008.

ARMBRUST INTERNATIONAL, LTD.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: June 4, 2008

988820_1/3119-5