UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.

vs. CA 08-143ML

ABN AMRO BANK, N.V.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
June 12, 2008

Entered as an Order of this Court on June 12 , 2008.

Barbara Barletta
Deputy Clerk