# EXHIBIT 4

ABN AMRO Bank N.V.

Diamond and Jewelry Group
565 Fifth Avenue, 25th Floor
New York, NY 10017

(212) 649-5100

DATE: March 18, 2004

TO: Mr. Karl Kunzmann – Financial Officer
Armbrust International Ltd
735 Allens Avenue
Providence, RI 02905
FAX 401 461-2958

FROM: Y. Corrales, Asst. Vice President
ABN AMRO Bank N.V.
New York Branch

RE: Confirmation of Transfers

This is to confirm that the following transfers will be made:

**Value 3/19/04 SILVER**
15,000 ozs. of silver to Sovereign Bank for the account of Stern Leach.

If you have any questions, please call me at 212 649-5136.

Regards,

Yolanda Corrales
Assistant Vice President

S:\ycor\gold\armbrusttransfer