# EXHIBIT 5

ABN·AMRO Bank N.V.

Diamond and Jewelry Group
565 Fifth Avenue, 25th Floor
New York, NY 10017

(212) 649-5100

March 18, 2004

Sovereign Bank New England
15 Westminster Street
Providence, RI 02903-2449
Fax: 401-752-1445

Attn: Carlos/Michael

**Value 3/19/04 Silver**
15,000 ozs. of silver to Sovereign Bank for the account of Stern Leach.

We will transfer 15,000 ozs. of silver to JP Morgan Chase Bank London for your account value 3/19/04.

If you have any questions, please call me at 212 649-5136.

Regards,

Yolanda Corrales
Asst. Vice President

s:\ycr\gold\soverigntransfers