# EXHIBIT 7

# PAYOFF LETTER

DECEMBER 1, 2005

Armbrust International Ltd.
735 Allens Avenue
Providence, Rhode Island 02905

Attention: Tom Baker

Sovereign Precious Metals, LLC
15 Westminster Street
Providence, Rhode Island 02903

Attention: Michael E. Smith

RE: REPAYMENT OF INDEBTEDNESS

Ladies and Gentlemen:

We understand that ARMBRUST INTERNATIONAL LTD., a Rhode Island corporation (the "*Debtor*"), intends to repay its obligations to ABN AMRO Bank N.V. (the "*Bank*") under the Consignment Agreement and Loan Agreement between the Debtor and the Bank, each dated as of June 30, 2000, as amended (the "*Agreements*"). The principal amount of all dollar loan obligations and purchase price obligations in respect of all consigned gold and silver and all accrued interest and consignment fees and breakage and other costs owing by the Debtor in connection with the loans and consignments (the "*Total Payoff Amount*") made to the Debtor by the Bank is as follows:

| | | |
|---|---|---|
| THE LOANS | Principal: $1,300,000.00 (assuming no further loans or repayments). | |
| | Overdraft: $116,010.54 | |
| | Interest: $14,046.12 (assuming no change in applicable interest rates) | |
| THE PURCHASE PRICE OF PRECIOUS METAL | Settlement of gold and silver will be in FTO's | 8,020.28 FTO's gold and 337,612.24 FTO's silver as of 12/1/05 |
| CONSIGNMENT FEES | $16,608.71 | Nov. $16,030.95 |

Armbrust payoff.doc

| | | |
|---|---|---|
| | | Dec $577.76 |
| **BREAKAGE COSTS:** | $1,780.30 | Silver for 130,000 FTO's |
| **OTHER COSTS** | ~~$0~~ $1,775.00 | Sovereign transfer fee |
| **LEGAL:** | $2,329.40 | Chapman & Cutler |
| ***ESTIMATED*** **TOTAL PAYOFF AMOUNT:** | $1,462,560.67 ~~$1,450,715.07~~ | (as of December 1, 2005) |

The aggregate amount of the Debtor's obligations that will have accrued through (and including) December 1, 2005 (the "*Payoff Date*") will be equal to the Total Payoff Amount shown above. If the payment instead is made on a later date or past the required time on such date, the Total Payoff Amount will increase for each additional day thereafter (the "Per Diem Amount") that such payment is not made to the Bank (calculated in accordance with the terms of the Agreements with the Debtor).

Payment of the Total Payoff Amount, together with the applicable Per Diem Amount, if any, should be made by wire transfer to:

ABN AMRO Bank N.V.: New York ABA 026009580

Account No.: 4510484601 41

With Telephone Advice to: Maria Matos (212-649-5138)

Account Name: Armbrust International LTD

The above Total Payoff Amount must be received by 10:00 a.m. New York time on the Payoff Date by (i) a federal funds wire transfer of immediately available funds to the Bank at the account above specified and (ii) by the delivery or crediting of the required ounces of precious metal to the metals account of the Bank at:

JPMorgan London For the account of ABN AMRO New York

then, in such event, the Debtor's obligations under the above described Agreements shall be satisfied in full, with the exception of any terms of the Agreements that, by their express terms, survive payment or satisfaction of the Debtor's obligations. The Bank shall thereupon file Uniform Commercial Code Termination Statements with respect to all UCC financing statements filed by the Bank against the Debtor.

If the Payoff Amount is not received by 10:00 a.m. New York time on the Payoff Date, this letter will be null and void and it will be necessary to contact the Bank for an updated Total Payoff Amount.

This Payoff Letter may be executed by each party on a separate counterpart, each of which when so executed and delivered shall be an original but together shall constitute one agreement. A facsimile copy of this Payoff Letter bearing the signature of any party hereto shall be deemed an original for all purposes.

ABN AMRO BANK N.V.

By: [signature]
Name: Jeffrey Saffaty
Title: V.P.

By: [signature]
Name: Ned Koppelson
Title: VP

Accepted and Agreed to:

ARMBRUST INTERNATIONAL LTD.

By: [signature]
Name: Thomas V. Baker
Title: CEO