# EXHIBIT 8

ABN·AMRO Bank N.V.

Diamond and Jewelry Group
565 Fifth Avenue, 25th Floor
New York, NY 10017

(212) 649-5100

September 22, 2006

Armbrust International Ltd.
735 Allens Ave
Providence,RI 02905
Attn: Karen Kase

Re: Discrepancy of 15,000 ozs of silver

Dear Karen:

Pursuant to our telephone conversation of today, our Bank's Precious Metals Group in Amsterdam has contacted us and informed us that upon their reconciliation of the silver account, they have found a discrepancy of 15,000 ounces of silver. The silver lease was requested by your company on 3/17/04 for value 3/19/04 and per your instruction was to be transferred to Stern-Leach.

We acted on your request and made a transfer to Sovereign Bank for the account of Stern-Leach value 3/19/04 and faxed a confirmation to the attention of Mr. Karl Kunzmann. We additionally provided a confirmation of the transfer to Sovereign Bank.

Unfortunately, the increase of your loan silver account with ABN AMRO Bank was inadvertently not recorded and therefore your silver loan balance as of your payout date in November 2005 was understated by 15,000 ounces.

We have attached the loan history for the mentioned period, records of our JPMorgan silver account where it shows the movement of the metal from our account to Sovereign Bank for the account of Stern-Leach by order of Armbrust International Ltd, the request from Mr. Karl Kunzmann for metal transfer dated March 17, 2004, and our confirmations to Sovereign Bank and yourselves.

We appreciate your assistance in this matter. If your need more information please contact us at (212) 649-5136.

Very truly yours,
ABN AMRO Bank N.V.

Jeff Sarfaty
Vice President

Yolanda Corrales
Assistant Vice President

S:yc\8531yc