# EXHIBIT 3

# Armbrust International, Ltd.

Manufacturers of Jewelry Chain

Wednesday, March 17, 2004

To: Yolanda Corrales, Asst. Vice President
ABN Amro Bank – NY
212-649-5136
Fax:649-5149

From: Karl Kunzmann

Re: Metal Transfer – Type = Demand

Confirm to Armbrust & Sovereign

**Stern - Leach**

Bank: Sovereign Bank of New England
Silver Transfer = 15,000.00 fine troy ounces
Gold Transfer = fine troy ounces

Value 3/19/04

| Transfer Summary: | Gold - fto | Silver - fto |
|---|---|---|
| Stern - Leach | | 15,000.00 |
| **Grand Total:** | - | **15,000.00** |

Please confirm all transfers by return fax. Thank you.

735 ALLENS AVENUE ▲ PROVIDENCE, RHODE ISLAND 02905 ▲ TEL. (401) 781-3300 ▲ FAX (401) 781-2590