# EXHIBIT 6

# stern-leach

CUSTOMER COPY

A COOKSON GROUP CO.

49 PEARL STREET, P.O. BOX 2014, ATTLEBORO, MASSACHUSETTS 02703

CONFIRMATION

ARMBRUST INT'L
ATTN: JOHN KING
735 ALLENS AVENUE
PROVIDENCE, RI 02905

[illegible] DATE
[illegible]
[illegible]
SILVER

| DATE | REFERENCE | DESCRIPTION OF TRANSACTION | FINE OUNCES |
|---|---|---|---|
| 03/19/04 | TT015259<br>132462 | TRANSFER BETWEEN CUSTOME ON 03/19/04<br>JP MORGAN CHASE<br>FROM: STERN METALS, INC. | 15,000.00 |

[illegible] ARMBRUST INT'L [illegible] 1303000 DATE 03/19/04

Please use this portion of the Confirmation to notify corrections or omissions to the above information.
Tear off and mail to: STERN-LEACH, 49 Pearl St., P.O. Box 2014, Attleboro, MA 02703

| DATE | REFERENCE | FINE OUNCES | COMMENTS |
|---|---|---|---|
| | | | |