# EXHIBIT 9

Law Offices of

CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1867-1943
Henry E. Cutler
1879-1959

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco
595 Market Street
San Francisco, CA 94105
(415) 541-0500

Salt Lake City
201 South Main Street
Salt Lake City, UT 84111
(801) 533-0066

Ronald E. Rokosz
(312) 845-3827
rokosz@chapman.com

To Joel [illegible]

December 28, 2007

Armbrust International Ltd.
735 Allens Avenue
Providence, Rhode Island 02905

*Via Federal Express and U. S. Mail*

Attention: Mr. Thomas Baker, Chief Executive Officer

Re: DEMAND FOR PAYMENT REGARDING 15,000 UNPAID OUNCES OF SILVER

Dear Mr. Baker:

We are acting as legal counsel to the New York office of ABN AMRO Bank N.V. (*"ABN AMRO"*) with respect to various unpaid amounts owing under that certain Consignment Agreement dated as of June 30, 2000, as amended by subsequent letter amendments (the *"Agreement"*) between you (*"Armbrust"*) and ABN AMRO. Section 15(d) thereof provides that such Agreement is to be construed in accordance with and governed by the laws of the State of New York. In addition, Section 15(j) of the Agreement provides that both Armbrust and ABN AMRO each submit to the jurisdiction of the courts of the State of New York, both for the county of New York and the U. S. District Court for the Southern District of New York. Furthermore, a trial by jury has also been waived pursuant to Section 15(j). Finally, the last sentence of Section 13 provides that Armbrust agrees to pay ABN AMRO's reasonable attorneys' fees and legal expenses incurred in enforcing ABN AMRO's rights and remedies.

On December 1, 2005, a Payoff Letter was exchanged between Armbrust and ABN AMRO. Although such letter reflected an amount of silver ounces out on consignment to Armbrust of 337,612.24 ounces, in reality there were an additional 15,000 ounces out on consignment. ABN AMRO has previously furnished to Armbrust various delivery sheets and other information clearly demonstrating the additional 15,000 ounces out on consignment. ABN AMRO has not received any information from Armbrust that would contradict the information supplied by ABN AMRO.

ABN AMRO has also made several good-faith attempts to resolve this matter with you to no avail. Instead, Armbrust has responded that the amount shown in the Payoff Letter has been paid in full satisfaction. The Payoff Letter is not a discharge of Armbrust's legal obligations. The execution of this letter was based upon a mutual mistake of fact by the parties and an

Page 1 of 2

2364862.01.02.B.doc
1522697

Jan 03 08 02:23p Karen Kase 401-784-9190 p.1

CHAPMAN AND CUTLER LLP

Armbrust International Ltd.
December 28, 2007
Page 2

innocent mistake in computation. ABN AMRO has properly documented such mistake and Armbrust has failed to provide any evidence to the contrary. The failure of Armbrust to reimburse such amounts constitutes an unjust enrichment of Armbrust.

Accordingly, on behalf of ABN AMRO, we hereby demand payment of the following amounts:

1. 15,000 fine troy ounces of silver or its dollar equivalent, which totals approximately $219,600, based on ABN AMRO's spot market purchase price as of December 27, 2007 (such amount to be redetermined based on changes in such spot market purchase price until paid), plus the Consignment Fee on such ounces, as stipulated per the Agreement, accrued from December 1, 2005 until paid.

2. Interest on the unpaid amounts referred to in item one at the rate of 2% in excess of the floating Base Rate of the Bank (as per Section 5 of the Agreement), such interest to continue to accrue until final payment is made.

3. The payment of all legal costs and expenses of ABN AMRO.

On behalf of ABN AMRO, we also hereby reserve all rights and remedies that ABN AMRO shall have at law and in equity. This shall include, without limitation, the right to bring legal proceedings against Armbrust and Erwin Pearl, as Guarantor, in the State of New York, unless Armbrust has reached a resolution of this matter satisfactory to ABN AMRO by January 31, 2008.

Very truly yours,

[signature]

cc: Erwin Pearl
115 East 87th Street
New York, New York 10128

Anna Martin
Kishore Lall
ABN AMRO BANK N.V.

David Schrodt
CHAPMAN AND CUTLER LLP

Page 2 of 2