AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Ambrust International, Ltd.
Plaintiff
v.
ABN AMRO Bank N.V.
Defendant, Third-party plaintiff
v.
Erwin Pearl
Third-party defendant

Civil Action No. 08-00143-ML-LDA

**Summons on a Third-Party Complaint**

To: *(Third-party defendant's name and address)*
Erwin Pearl
c/o Steven E. Snow, Esq.
Patridge Snow & Hah, LLP
180 South Main Stret
Providence, RI 02903

A lawsuit has been filed against defendant ANB AMRO Bank N.V., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Ambrust International, Ltd..

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

Joseph V. Cavanagh, Jr., Staci L. Kolb, Blish & Cavanagh, LLC, 30 Exchange Terrace, Providence, RI 02903

It must also be served on the plaintiff's attorney, whose name and address are:

Steven Snow, Esq., Patridge Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 6/17/08

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ______________________,
by:

(1) personally delivering a copy of each to the individual at this place, ______________________________________

____________________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________________
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
____________________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ____________________; or

(5) other *(specify)* I hereby accept service on behalf of Erwin Paul
____________________________________________________________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00.

Date: 6/18/08

[signature]
~~Server~~'s signature

Steven E Snow
Printed name and title

Partridge Snow & Hahn LLP
180 South Main ST
Providence RI 02903
Server's address